against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re LYMAN. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) In the matter of the petition of Henry H. Lyman, state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 27,068, issued to M. A. Sutherland. No opinion. Motion denied, with costs, without prejudice to an application by the respondent to correct errors in the case served.

LYMAN v. BRUCKER et al. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Henry H. Lyman, as state commissioner of excise of the state of New York, against Ernst Brucker and another. No opinion. Defendant's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict, with costs. All concur, except ADAMS, J., not voting.

McCOBB, Appellant, v. CHRISTIANSEN, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Action by Ada McCobb against Simon Christiansen. F. Bien, for appellant. A. Goldfarb, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 303.

McCUE, Respondent, v. MONROE COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Frank McCue against the county of Monroe. No opinion. Motion to amend the order denied, without costs.

McEVOY, Appellant, v. COLER, Respondent. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Thomas McEvoy against Bird S. Coler, comptroller, etc. R. Foster, for appellant. T. Connoly, for respondent. No opinion. Order modified, by adding thereto the words, "without prejudice to the right of the petitioner to bring any action he may be advised," and, as modified, affirmed, with $10 costs and disbursements.

McGRATH, Respondent, v. WEILLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Thomas M. McGrath against Hermann Weiller.

PER CURIAM. Order affirmed, on argument, with $10 costs and disbursements, and with leave to apply at special term for a modification of the order appealed from, giving the defendant, if he so elect, leave to deposit the books containing the accounts referred to in said order with the clerk of the county of Kings, instead of furnishing sworn copies of said accounts.

McKEAN v. TRADESMEN'S NAT. BANK. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Bernard S. McKean against the Tradesmen's National Bank. No opinion. Motion granted, with $10 costs.

McKINLEY, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by James McKinley against Chester D. Mills, as treasurer, etc. No opinion. Interlocutory judgment affirmed, with costs.

McNALLY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by Catherine McNally against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. John C. Robinson, for respondent.

PER CURIAM. Judgment affirmed, with costs.

LEVENTRITT, J., takes no part.

In re MacNULTY. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) In the matter of the application of Alexander C. MacNulty to practice as an attorney and counselor at law. No opinion. Application granted.

MADDEN v. EQUITABLE LIFE ASSUR. SOC. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by William J. Madden against the Equitable Life Assurance Society. No opinion. Motion granted, with $10 costs.

MAGAR, Appellant, v. HAMMOND et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Frank L. Magar against Stoddard Hammond and Edward Tompkins. No opinion. Order reversed, with $10 costs and disbursements to abide the event of the action, and motion denied.

MAGNOTTI, Respondent, v. MAURER, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Action by Raffaele Magnotti against Aurora Maurer. No opinion. Application granted, on the authority of Christian Feigenspan v. O'Brien (decided December 12, 1899) 61 N. Y. Supp. 1133.

MALLIN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by John Mallin against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. J. M. Fisk, for respondent. No opinion. Judgment and order affirmed, with costs.

MARSULLO, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Mary Marsullo, as administratrix, against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. C. G. F. Wahle, for respondent. No opinion. Judgment affirmed, with costs.

MARTIN, Appellant, v. BEEDE, Respondent. (Supreme Court, Appellate Division, Third De-